UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:23-cv-00340

**David Martin Luna,**

*Petitioner,*

v.

**Director, TDCJ-CID,**

*Respondent.*

# ORDER

Petitioner David Martin Luna petitions for a writ of habeas corpus regarding his state-court conviction for aggravated sexual assault of a child. Docs. 1, 9 at 2. The case was referred to a magistrate judge (Doc. 2), who issued a report recommending dismissing the petition with prejudice as time-barred. Doc. 15 at 9. The report also recommended denying a certificate of appealability sua sponte. *Id.* No party filed written objections.

When there have been no timely objections to a report, "the court need only satisfy itself that there is no clear error on the face of the record." Fed. R. Civ. P. 72(b), advisory committee's notes to 1983 amendment. Having reviewed the record and being satisfied that there is no clear error, the court accepts the report's findings and recommendations. The petition for a writ of habeas corpus (Doc. 1) is dismissed with prejudice as time-barred. A certificate of appealability is denied sua sponte. Any pending motions are denied as moot.

*So ordered by the court on January 28, 2026.*

J. Campbell Barker
United States District Judge